# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-0820
LT Case No. 2020-CF-000640-A

_____

BERNIE RAY CARROLL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Bernie Ray Carroll, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

August 30, 2024

PER CURIAM.

In this *Anders** appeal, we affirm without comment Bernie Carroll's convictions and sentences on each of the eight counts for which he was found guilty. However, the law requires that we reverse the trial court's imposition of the $250 fine and related surcharge on count I.

While Carroll was properly sentenced to life in prison with no hope of parole on count I (sexual battery upon a person under twelve years of age), classified as a capital offense under Florida law, section 775.083(1), Florida Statutes (2018), does not authorize imposition of the $250 fine on this count. *See* § 775.083(1), Fla. Stat. ("A person who has been convicted of an offense *other than a capital felony* may be sentenced to pay a fine in addition to any punishment . . . ." (emphasis added)); *see also Hare v. State*, 687 So. 2d 1371, 1371 (Fla. 5th DCA 1997).

Accordingly, while we affirm the convictions and sentences imposed on each count, we reverse the imposition of the $250 fine and related surcharge on count I. This case is remanded to the trial court for entry of an amended judgment and sentence consistent with this opinion.

AFFIRMED in part; REVERSED in part; and REMANDED with instructions.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————

---

* *See Anders v. California,* 386 U.S. 738 (1967).